■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES GREENE, Appellant. [604 NYS2d 779] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Silverman, J.), rendered May 18, 1992, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defen-

dant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel is granted leave to withdraw as counsel (see, *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf., *People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.